**Linda Napier**

| | |
|---|---|
| **From:** | FreeFax@HcdistrictClerk.Com |
| **Sent:** | Thursday, September 19, 2013 1:05 PM |
| **To:** | Linda Napier |
| **Subject:** | Fax Filing approved  FAX15573288 |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/31/2015 4:08:25 PM

CHRISTOPHER A. PRINE
Clerk

Dear Valued Customer,

The trace number FAX15573288 has been approved.

Personal Filing Description: 2751

Case Number : 201114027-7
JOHNSON, JOAN VS. PHILLIPS, MICHAEL

The filing contained the following file(s):

57347276 : Continuation Sheet.pdf
57347277 : Exhibit B.Tabs 1-12.pdf

Your documents will be viewable in our system within 1-2 business days.

Thank you for fax filing.

The Harris County District Clerk's Office

# EXHIBIT 1

**Linda Napier**

| | |
|---|---|
| **From:** | FreeFax@HcdistrictClerk.Com |
| **Sent:** | Thursday, September 19, 2013 10:56 AM |
| **To:** | Linda Napier |
| **Subject:** | Fax Filing approved FAX15573296 |

Dear Valued Customer,

The trace number FAX15573296 has been approved.

Personal Filing Description: 2751

Case Number : 201114027-7
JOHNSON, JOAN VS. PHILLIPS, MICHAEL

The filing contained the following file(s):

57347327 : Continuation Sheet.pdf
57347328 : Exhibit B.Tabs 13-19.pdf

Your documents will be viewable in our system within 1-2 business days.

Thank you for fax filing.

The Harris County District Clerk's Office

## Linda Napier

| | |
|---|---|
| **From:** | FreeFax@HcdistrictClerk.Com |
| **Sent:** | Thursday, September 19, 2013 10:55 AM |
| **To:** | Linda Napier |
| **Subject:** | Fax Filing approved  FAX15573299 |

Dear Valued Customer,

The trace number FAX15573299 has been approved.

Personal Filing Description: 2751

Case Number : 201114027-7
        JOHNSON, JOAN VS. PHILLIPS, MICHAEL

The filing contained the following file(s):

        57347386 : Continuation Sheet.pdf
        57347387 : Exhibit B.Tabs 20-36.pdf

Your documents will be viewable in our system within 1-2 business days.

Thank you for fax filing.

The Harris County District Clerk's Office

**Linda Napier**

**From:** FreeFax@HcdistrictClerk.Com
**Sent:** Thursday, September 19, 2013 10:54 AM
**To:** Linda Napier
**Subject:** Fax Filing approved  FAX15573312

Dear Valued Customer,

The trace number FAX15573312 has been approved.

Personal Filing Description: 2751

Case Number : 201114027-7
    JOHNSON, JOAN VS. PHILLIPS, MICHAEL

The filing contained the following file(s):

    57347442 : Continuation Sheet.pdf
    57347443 : Exhibit B.Tabs 37-40.pdf

Your documents will be viewable in our system within 1-2 business days.

Thank you for fax filing.

The Harris County District Clerk's Office

**Linda Napier**

Dear Valued Customer,

The trace number FAX15573315 has been approved.

Personal Filing Description: 2751

Case Number : 201114027-7
JOHNSON, JOAN VS. PHILLIPS, MICHAEL

The filing contained the following file(s):

57347479 : Continuation Sheet.pdf
57347480 : Exhibit B.Tabs 41-47.pdf

Your documents will be viewable in our system within 1-2 business days.

Thank you for fax filing.

The Harris County District Clerk's Office

**Linda Napier**

| | |
|---|---|
| **From:** | FreeFax@HcdistrictClerk.Com |
| **Sent:** | Thursday, September 19, 2013 1:04 PM |
| **To:** | Linda Napier |
| **Subject:** | Fax Filing approved  FAX15573320 |

Dear Valued Customer,

The trace number FAX15573320 has been approved.

Personal Filing Description: 2751

Case Number : 201114027-7
    JOHNSON, JOAN VS. PHILLIPS, MICHAEL

The filing contained the following file(s):

    57347529 : Continuation Sheet.pdf
    57347530 : Exhibit B.Tabs 48-52.pdf

Your documents will be viewable in our system within 1-2 business days.

Thank you for fax filing.

The Harris County District Clerk's Office

# Linda Napier

**From:** FreeFax@HcdistrictClerk.Com
**Sent:** Thursday, September 19, 2013 1:03 PM
**To:** Linda Napier
**Subject:** Fax Filing approved  FAX15573325

Dear Valued Customer,

The trace number FAX15573325 has been approved.

Personal Filing Description: 2751

Case Number : 201114027-7
JOHNSON, JOAN VS. PHILLIPS, MICHAEL

The filing contained the following file(s):

57347640 : Continuation Sheet.pdf
57347641 : Exhibit B.Tabs 53-57.pdf

Your documents will be viewable in our system within 1-2 business days.

Thank you for fax filing.

The Harris County District Clerk's Office

**Linda Napier**

| | |
|---|---|
| **From:** | FreeFax@HcdistrictClerk.Com |
| **Sent:** | Thursday, September 19, 2013 1:02 PM |
| **To:** | Linda Napier |
| **Subject:** | Fax Filing approved  FAX15573330 |

Dear Valued Customer,

The trace number FAX15573330 has been approved.

Personal Filing Description: 2751

Case Number : 201114027-7
        JOHNSON, JOAN VS. PHILLIPS, MICHAEL

The filing contained the following file(s):

        57347800 : Continuation Sheet.pdf
        57347801 : Exhibit B.Tabs 58-64.pdf

Your documents will be viewable in our system within 1-2 business days.

Thank you for fax filing.

The Harris County District Clerk's Office

# Linda Napier

**From:** FreeFax@HcdistrictClerk.Com
**Sent:** Thursday, September 19, 2013 12:49 PM
**To:** Linda Napier
**Subject:** Fax Filing approved  FAX15573346

Dear Valued Customer,

The trace number FAX15573346 has been approved.

Personal Filing Description: 2751

Case Number : 201114027-7
        JOHNSON, JOAN VS. PHILLIPS, MICHAEL

The filing contained the following file(s):

        57347927 : Continuation Sheet.pdf
        57347928 : Exhibit B.Tabs 65-72.pdf

Your documents will be viewable in our system within 1-2 business days.

Thank you for fax filing.

The Harris County District Clerk's Office

# Linda Napier

Dear Valued Customer,

The trace number FAX15573355 has been approved.

Personal Filing Description: 2751

Case Number : 201114027-7
    JOHNSON, JOAN VS. PHILLIPS, MICHAEL

The filing contained the following file(s):

    57348194 : Continuation Sheet.pdf
    57348195 : Exhibit B.Tabs 73-75.pdf

Your documents will be viewable in our system within 1-2 business days.

Thank you for fax filing.

The Harris County District Clerk's Office

**Linda Napier**

| | |
|---|---|
| **From:** | FreeFax@HcdistrictClerk.Com |
| **Sent:** | Thursday, September 19, 2013 12:36 PM |
| **To:** | Linda Napier |
| **Subject:** | Fax Filing approved  FAX15573366 |

Dear Valued Customer,

The trace number FAX15573366 has been approved.

Personal Filing Description: 2751

Case Number : 201114027-7
        JOHNSON, JOAN VS. PHILLIPS, MICHAEL

The filing contained the following file(s):

        57348309 : Continuation Sheet.pdf
        57348310 : Exhibit B.Tabs 76-84.pdf

Your documents will be viewable in our system within 1-2 business days.

Thank you for fax filing.

The Harris County District Clerk's Office

**Linda Napier**

| | |
|---|---|
| **From:** | FreeFax@HcdistrictClerk.Com |
| **Sent:** | Thursday, September 19, 2013 1:19 PM |
| **To:** | Linda Napier |
| **Subject:** | Fax Filing approved FAX15573386 |

Dear Valued Customer,

The trace number FAX15573386 has been approved.

Personal Filing Description: 2751

Case Number : 201114027-7
JOHNSON, JOAN VS. PHILLIPS, MICHAEL

The filing contained the following file(s):

57348561 : Continuation Sheet.pdf
57348562 : Exhibit B.Tabs 85-91.pdf

Your documents will be viewable in our system within 1-2 business days.

Thank you for fax filing.

The Harris County District Clerk's Office

**Linda Napier**
_____

From:        FreeFax@HcdistrictClerk.Com
Sent:        Thursday, September 19, 2013 12:44 PM
To:          Linda Napier
Subject:     Fax Filing approved  FAX15573433


Dear Valued Customer,

The trace number FAX15573433 has been approved.

Personal Filing Description: 2751

Case Number : 201114027-7
        JOHNSON, JOAN VS. PHILLIPS, MICHAEL

The filing contained the following file(s):

        57349268 : Continuation Sheet.pdf
        57349269 : Exhibit D_Part1.pdf

Your documents will be viewable in our system within 1-2 business days.

Thank you for fax filing.

The Harris County District Clerk's Office

_120 pages_

10

## Linda Napier

| | |
|---|---|
| **From:** | FreeFax@HcdistrictClerk.Com |
| **Sent:** | Thursday, September 19, 2013 12:41 PM |
| **To:** | Linda Napier |
| **Subject:** | Fax Filing approved  FAX15573442 |

Dear Valued Customer,

The trace number FAX15573442 has been approved.

Personal Filing Description: 2751

Case Number : 201114027-7
JOHNSON, JOAN VS. PHILLIPS, MICHAEL

99 pages

The filing contained the following file(s):

57349374 : Continuation Sheet.pdf
57349375 : Exhibit D_Part2.pdf

Your documents will be viewable in our system within 1-2 business days.

Thank you for fax filing.

The Harris County District Clerk's Office

11